USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2019

**LAW OFFICES OF NOLAN KLEIN, P.A.**   ATTORN[EYS]

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

Hector V.
ramirez@nk[...]

November 19, 2019

**VIA ECF**
Honorable Judge Analisa Torres
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:   <u>*Mercer v. Marlena Mazzei d/b/a Moonlite Motel*</u>
            *SDNY Case No.: 19-cv-8327*

Dear Judge Torres,

    This office represents the Plaintiff, STACEY MERCER, in the above-captioned case. An initial pre-trial conference is scheduled for November 25, 2019 at 10:40 a.m.

    On November 5, 2019, an Order was entered adjourning the conference to November 25, 2019. Counsel for Plaintiff is currently in Florida and will not be available to attend the conference on that date and time. Counsel for Defendant, MARLENA MAZZEI d/b/a MOONLITE MOTEL, has just made an appearance and will be requesting an extension of time to file a responsive pleading. As such, the parties respectfully request that this Court adjourn the conference to a date and time in January to allow the parties additional time to discuss early settlement and to work towards a resolution. This is our second request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates.

    We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By:    */s/ Hector V. Ramirez*
       HECTOR V. RAMIREZ, ESQ.
       (HR3270)

---

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for November 25, 2019 is ADJOURNED to **December 17, 2019**, at **11:00 a.m.** By **December 10, 2019**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: November 20, 2019
      New York, New York

_____
ANALISA TORRES
United States District Judge